UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CATES, et al.,<br><br>　　　　Defendants. | **1:23-cv-00164-ADA-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(ECF No. 9.)**<br><br>**ORDER DISMISSING THIS CASE, WITH PREJUDICE, AS DUPLICATIVE OF CASE 1:22-cv-01504-ADA-CDB-PC**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

　　　Edward Vincent Ray, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On March 8, 2023, findings and recommendations were issued, recommending that this case be dismissed as duplicative of case 1:22-cv-01504-ADA-CDB-PC; Ray v. Cates. (ECF No. 7.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day time period has expired, and Plaintiff has not filed objections or any other response to the findings and recommendations. (Court Record.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued by the magistrate judge on March 8, 2023, are adopted in full;

2. This action is dismissed, with prejudice, as duplicative of case 1:22-cv-01504-ADA-CDB-PC; Ray v. Cates ; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 12, 2023

_____
UNITED STATES DISTRICT JUDGE